No. 05-13-01141-CR

In The

Court of Criminal Appeals

Austin, Texas

PD-0149-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

Jeremy Sandersfeld

V

The State of Texas

From Appeal No. 05-01141-CR

Trial Cause No. 416-82341-07

Collin County

FILED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

First Motion For Extension Of Time To File Petition For Discretionary Review

To The Honorable Judges Of The Court Of Criminal Appeals:

Comes now, Jeremy Sandersfeld, Petitioner, and files this Motion for an extension of sixty (60) days to file a Petition for Discretionary Review. In support of this Motion appellant shows the Court the following:

## I

The Petitioner was convicted in the 416th/296th (see attachment "A") District Court of Collin County, Texas of the offense of Aggravated Sexual Assault of a Child in Cause No. 416-82341-07 styled State of Texas vs. Jeremy Sandersfeld. The Petitioner appealed to the Court of Appeals, Fifth Supreme Judicial District. The case was affirmed on January 12, 2015.

## II

The present deadline for filing the Petition for Discretionary Review is February 11, 2015. The Petitioner has not requested any extension prior to this request.

## III

Petitioner's request for an extension is based upon the following facts: Petitioner was informed of the court of appeals in affirming his case until January 16, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. The State Counsel for Offenders has informed Petitioner that they will not represent him on the Petition for Discretionary Review. So Petitioner will be filing the Petition for Discretionary Review pro se

WHEREFORE, Petitioner prays this Court grants this Motion and extends the deadline for filing the Petition for Discretionary Review in Cause No. 05-13-01141-CR to April 12, 2015

Petitioner, Pro Se

Jeremy Sandersfeld

Texas Department of Criminal Justice

O. L. Luther Unit

TDCJ-ID # 1875695

1800 Luther Drive

Navasota, Tx. 77868

Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid first class, to Attorney for State, Greg Willis at 2100 Bloomdale Rd., McKinney, Tx. 75071 and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Tx. 78711 on this the 4th day of February, 2015.

Petitioner, Pro Se

I, Jeremy Sandersfeld, TDCJ #1875695, being presently incarcerated in the O.L. Luther Unit of the Texas Department of Criminal Justice in Grimes County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 4th day of February, 2015

Petitioner, Pro Se

Jeremy Sandersfeld

TDCJ # 1875695

Attachment "A"

I originally was granted community supervision for 10 years through the trial court which was the 416th Judicial District Court. The motion to revoke community supervision was also filed in the 416th Judicial District Court. The actual hearing to revoke community supervision and adjudicate guilt and the sentencing to 28 years in the Texas Department of Criminal Justice was through the 296th Judicial District Court. So Petitioner is unclear to which Judicial District Court the actual conviction is under.

Petitioner, Pro Se
Jeremy Sandersfeld
TDCJ # 1875695